NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**APPLE INC., HTC CORPORATION, HTC AMERICA, INC.,**
*Appellees*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

—————————————

2020-1058, 2020-1059

—————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-00387, IPR2018-00389.

—————————————

**JUDGMENT**

—————————————

JEFFREY A. STEPHENS, Etheridge Law Group, Southlake, TX, argued for appellant. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, BRETT MANGRUM.

ROBERT MANHAS, Orrick, Herrington & Sutcliffe LLP, Washington DC, argued for all appellees. Appellee Apple Inc. also represented by MELANIE L. BOSTWICK, MARK S. DAVIES; ANDREW S. EHMKE, Haynes & Boone, LLP, Dallas, TX.

FRED WILLIAMS, Williams Simons & Landis PLLC, Austin, TX, for appellees HTC Corporation, HTC America, Inc. Also represented by TODD ERIC LANDIS, Dallas, TX.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by MICHAEL S. FORMAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and HUGHES, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

May 10, 2021         /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court